# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

R.B., a minor, by her parent and natural    :       No. 4:16-CV-01583
Guardian KYLE HICKEY, in her own right, :
                                   :
          Plaintiff,           :       (Judge Brann)
                                     :
          v.                    :
                                     :
JENNIFER ENTERLINE,           :
                                     :
          Defendant.          :

## ORDER

**AND NOW**, this 12th day of June 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Jennifer Enterline's Motion to Dismiss (ECF No. 4) is **GRANTED** in its Entirety;

2. Plaintiff R.B. is granted leave to amend her complaint **within twenty one (21) days** of this Memorandum Opinion in accordance with the outlined deficiencies.  If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

                           BY THE COURT:

                           *s/ Matthew W. Brann*
                           Matthew W. Brann
                           United States District Judge