# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R.B., *a minor, by her parent and natural guardian Kyle Hickey, in her own right,* <br><br> Plaintiff. <br> v. <br><br> JENNIFER ENTERLINE, <br><br> Defendant. | No. 4:16-CV-1583 <br><br> (Judge Brann) |

## **ORDER**

**AND NOW**, this 19th day of January, 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, July 20, 2017, ECF No. 18, is GRANTED.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge